381 A.2d 905

Dixon et al. v. Mitchell, Appellant.

Argued September 20, 1977. Richard A. Kolb, with him J. Paul Erwin, Jr., for appellant; Sidney E. Herold, for appellees.

Order affirmed.

WATKINS, P. J., and SPAETH, J., dissent.

381 A.2d 905

Dlugos v. Dlugos, Appellant.

Argued September 20, 1977. Donald B. Corriere, with him Wesley M. Wasylik, for appellant; Edward G. Ruyak, for appellee.

Order affirmed.